28,620-01

RE: Court of Crim App
No. 28,620

January 22, 2015

Dear Clerk,

On or about June 21, 1995 the Texas Court of Criminal Appeals set-Aside the Judgment of the 362nd District Court in Cause F-90-861-D dated october 24, 1994. Recently, I learned the Texas Dept of Criminal Justice is holding me on that Judgment, and denying me Time Credits. The Judgment and Time Credits are being Considered by Classification and the Board of Pardons and Paroles.

Please Send Texas Department of Criminal Justice, The Board of Pardons and Paroles and Me a Copy of the order/Memorandum setting Aside this Judgment.

Thank You for Your time and Consideration.

Sincerely,

Mark Kupsyis
Mark Kupsyis
707122, Robertson Unit
12071 FM 3522
Abilene, Texas
        79601